MARRERO, S,

Robert S. Weisbein (RW0080)
Abigail A. Rubinstein (AR0489)
Kathryn A. Stamella (KS3883)
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
Tel: 212.527.7700
Fax: 212.527.7701

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

Kristin B. Milton,

    *Plaintiff,*

v.

TONI CARROLL TERMAN, PHILIP TERMAN and
INFINITY PUBLISHING CORP.

    *Defendants.*

-------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-6-07

Case No. 07 CV 2812 (VM)
ECF CASE

## STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO ANSWER THE COMPLAINT

The parties herein, through their respective attorneys, hereby stipulate and agree, subject to the Court's approval, that the time for Defendants to answer, move, or otherwise respond to the Complaint herein be, and is hereby extended for a period of three weeks from June 8, 2007 up to and including June 29, 2007.

{W:\20774\6003173-000\01125726.DOC }     1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | DARBY & DARBY P.C. |
| Dated: June 5, 2007<br>New York, New York | By: _____<br>Robert S. Weisbein (RW0080)<br>Abigail A. Rubinstein (AR0489)<br>Kathryn A. Starnella (KS3883)<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007-0042<br>Tel: 212.527.7700<br>Fax: 212.753.6237 |
|  | *Attorneys for all Defendants* |
|  | CERTILMAN BALIN ADLER &<br>HYMAN LLP |
| Dated: June 5, 2007<br>New York, New York | By: _____<br>Edward G. McCabe (EGM6352)<br>90 Merrick Avenue<br>9th Floor<br>East Meadow, NY 11554<br>Tel: 516-296-7000 |
|  | *Attorneys for Plaintiff*<br>Kristen B. Milton |

SO ORDERED:

_____
Hon. Victor Marrero
United States District Judge

Dated: June ___, 2007