Robert S. Weisbein (RW0080)
Abigail A. Rubinstein (AR0489)
Kathryn A. Starnella (KS3883)
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
Tel: 212.527.7700
Fax: 212.527.7701

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

Kristin B. Milton,

    *Plaintiff*,

v.

TONI CARROLL TERMAN, PHILIP TERMAN and
INFINITY PUBLISHING CORP.

    *Defendants.*

------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-7-07
```

Case No. 07 CV 2812 (VM)
**ECF CASE**

**STIPULATION AND ORDER TO EXTEND**
**DEFENDANTS' TIME TO ANSWER THE COMPLAINT**

The parties herein, through their respective attorneys, hereby stipulate and agree, subject to the Court's approval, that the time for Defendants to answer, move, or otherwise respond to the Complaint herein be, and is hereby extended for a period of three weeks from June 8, 2007 up to and including June 29, 2007.

Respectfully submitted,

DARBY & DARBY P.C.

Dated: June 5, 2007
New York, New York

By: _____
Robert S. Weisbein (RW0080)
Abigail A. Rubinstein (AR0489)
Kathryn A. Starnella (KS3883)
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
Tel: 212.527.7700
Fax: 212.753.6237

*Attorneys for all Defendants*

CERTILMAN BALIN ADLER & HYMAN LLP

Dated: June 5, 2007
New York, New York

By: _____
Edward G. McCabe (EGM6352)
90 Merrick Avenue
9th Floor
East Meadow, NY 11554
Tel: 516-296-7000

*Attorneys for Plaintiff*
Kristen B. Milton

**SO ORDERED:**

_____
Hon. Victor Marrero
United States District Judge

Dated: June ___, 2007