MARKERS, S.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-29
```

Robert S. Weisbein (RW0080)
Abigail A. Rubinstein (AR0489)
Kathryn A. Starnella (KS3883)
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
Tel: 212.527.7700
Fax: 212.527.7701

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
KRISTIN B. MILTON,

    *Plaintiff,*

  v.

TONI CARROLL TERMAN, PHILIP TERMAN and
INFINITY PUBLISHING CORP.

    *Defendants.*
-----------------------------------------x

Case No. 07 CV 2812 (VM)
ECF CASE

## SECOND STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO ANSWER THE COMPLAINT

The parties herein, through their respective attorneys, hereby stipulate and agree, subject to the Court's approval, that the time for Defendants to answer, move, or otherwise respond to the Complaint herein be, and is hereby extended for a period of thirty days from June 29, 2007 up to and including July 29, 2007.

{W:\20774\6003173-000\01154761.DOC ▇▇▇▇▇▇▇▇}

1

The due date for Defendant to answer, move, or otherwise respond was originally scheduled for June 8, 2007. The parties have agreed to this extension of time to allow them sufficient time to negotiate and execute a settlement agreement.

Respectfully submitted,

DARBY & DARBY P.C.

Dated: June 28, 2007
New York, New York

By: _____
Robert S. Weisbein (RW0080)
Abigail A. Rubinstein (AR0489)
Kathryn A. Starnella (KS3883)
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
Tel: 212.527.7700
Fax: 212.753.6237

*Attorneys for all Defendants*

CERTILMAN BALIN ADLER & HYMAN LLP

Dated: June 28, 2007
New York, New York

By: _____
Edward G. McCabe (EGM6352)
90 Merrick Avenue
9th Floor
East Meadow, NY 11554
Tel: 516-296-7000

*Attorneys for Plaintiff*
Kristen B. Milton

SO ORDERED: 28 June 2007

_____
Hon. Victor Marrero
United States District Judge

Dated: June 2_, 2007

{W:\20774\6003173-000\01154761.DOC}                                                  2