...

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
KRISTIN B. MILTON,                  :
                                    :     07 Civ. 2812 (VM)
             Plaintiff,             :
                                    :
    -against-                       :     ORDER
                                    :
TONI CARROLL TERMAN et al,          :
                                    :
             Defendants.            :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By Stipulation and Order dated June 28, 2007 the Court renewed an extension of time for defendants to anser or otherwise respond to the complaint herein review of the Docket Sheet indicates that the answer to the complaint was due by July 29, 2007 and that the Court's public file contains no record that such answer has been made. Accordingly, it is hereby

**ORDERED** that plaintiff herein is directed to inform the Court by August 8, 2007 of the status of this matter and plaintiff's contemplation with respect to further proceedings in this case. In the event no timely response to this Order is submitted the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated:    New York, New York
          6 August 2007

                                        /s/ Victor Marrero
                                        _____
                                        VICTOR MARRERO
                                        U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-6-07