```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-22-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   07-CV-2812 (VM)

KRISTIN B. MILTON,

        Plaintiff,

  -against-

TONI CARROLL TERMAN, PHILIP TERMAN
and INFINITY PUBLISHING CORP.

        Defendants.

-----------------------------------------------------------X

STIPULATION FOR
DISMISSAL UNDER
RULE 41(a)(1)
FED. R. CIV. P.

    **IT IS HEREBY STIPULATED** that the above entitled action be discontinued and dismissed without prejudice and without cost to either party.

    For the purpose of this stipulation, facsimile signatures may be deemed as originals.

Dated:  East Meadow, New York
        October 1, 2007

**CERTILMAN BALIN ADLER**
**& HYMAN, LLP**

_____
Edward G. McCabe (EGM-6352)
Attorneys for Plaintiff
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554
(516) 296-7000

**DARBY & DARBY, P.C.**

_____
Robert S. Weisbein (RW-    )
Attorneys for Defendants
250 Greenwich Street, 42nd Floor
New York, New York 10007
(212) 527-7700

**SO ORDERED:**
New York, New York

Dated: 19 October 2007
The Clerk of Court is directed to close this case.

_____
U.S.D.J. **Victor Marrero**

1915574-1